DEVERIE CHRISTENSEN, ESQ.
Nevada Bar No. 6596
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2466
Email: deverie.christensen@jacksonlewis.com
Email: tenesa.powell@jacksonlewis.com

*Attorneys for Defendants JBM Construction, Inc.*
*dba JBM Underground, Martin-Harris Construction, Inc.*
*and Martin-Harris Construction, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO RUBIO ROJAS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>JBM CONSTRUCTION, INC., D/B/A JBM UNDERGROUND, a domestic corporation, MARTIN-HARRIS CONSTRUCTION, INC., a domestic corporation, MARTIN-HARRIS CONSTRUCTION, LLC, a domestic limited liability company, DOES I through X, and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | Case No.: 2:26-cv-01134-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Mauricio Rubio Rojas ("Plaintiff"), by and through his counsel, Maier Gutierrez & Associates and JBM Construction, Inc. dba JBM Underground ("JBM"), Martin-Harris Construction, Inc. and Martin-Harris Construction, LLC ("Martin-Harris Defendants," and together with JBM collectively referred to as "Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., that Defendants shall have up to and including **June 26, 2026**, in which to file their responses to Plaintiff's Complaint (ECF No. 1). This stipulation is submitted and based upon the following:

1.      Plaintiff filed his Complaint on April 10, 2026. ECF No. 1.

2.      Based on the Proof of Service that Plaintiff intends to file with the Court, JBM was

served with the Summons and Complaint on or about May 21, 2026.

3.    The Martin-Harris Defendants were served with the Summons and Complaint on or about May 22, 2026.

4.    Defendants' counsel was recently retained in this matter and is still in the process of investigating Plaintiff's allegations against the Defendants. As such, Defendants require additional time to complete their responses to Plaintiff's Complaint.

5.    The Parties have agreed to extend the deadline for Defendants to file their responses to Plaintiff's Complaint to **June 26, 2026**.

6.    This is the first stipulation to extend the time for Defendants to respond to Plaintiff's Complaint.

7.    The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

8.    This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JACKSON LEWIS P.C.
LAS VEGAS

2

9.      Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 9th day of June, 2026.

MAIER     GUTIERREZ     &
ASSOCIATES

/s/ Danielle J. Barraza
Jason R. Maier, Esq.
Nevada Bar No. 8557
Danielle J. Barraza, Esq.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorney for Plaintiff*

JACKSON LEWIS P.C.

/s/ Deverie J. Christensen
Deverie Christensen, #6596
Tenesa Powell, #12488
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

*Attorney for Defendants JBM Construction, Inc.
dba JBM Underground, Martin-Harris
Construction, Inc. and Martin-Harris
Construction, LLC*

**<u>ORDER</u>**

IT IS SO ORDERED.

United States Magistrate Judge

Dated: June 10, 2026