DEVERIE CHRISTENSEN, ESQ.
Nevada Bar No. 6596
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2466
Email: deverie.christensen@jacksonlewis.com
Email: tenesa.powell@jacksonlewis.com

*Attorneys for Defendants JBM Construction, Inc.*
*dba JBM Underground, Martin-Harris Construction, Inc.*
*and Martin-Harris Construction, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO RUBIO ROJAS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>JBM CONSTRUCTION, INC., D/B/A JBM UNDERGROUND, a domestic corporation, MARTIN-HARRIS CONSTRUCTION, INC., a domestic corporation, MARTIN-HARRIS CONSTRUCTION, LLC, a domestic limited liability company, DOES I through X, and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | Case No.: 2:26-cv-01134-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT JBM CONSTRUCTION, INC., D/B/A JBM UNDERGROUND TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Mauricio Rubio Rojas ("Plaintiff"), by and through his counsel, Maier Gutierrez & Associates and JBM Construction, Inc. dba JBM Underground ("JBM"), by and through its counsel, the law firm of Jackson Lewis P.C., that JBM shall have up to and including **July 10, 2026**, in which to file its response to Plaintiff's Complaint (ECF No. 1). This stipulation is submitted and based upon the following:

1. Plaintiff filed his Complaint on April 10, 2026. ECF No. 1. JBM was served with the Summons and Complaint on or about May 21, 2026. The Court entered an Order [Doc. 9] on June 10, 2026, extending JBM's deadline to respond to the Complaint by June 26, 2026.

2. JBM is in the process of obtaining new counsel and executing a Substitution of

Counsel, and thereafter will submit a response to Plaintiff's Complaint.  However, the JBM needs additional time to complete the substitution process and file a response to the Complaint.

3.    The Parties have agreed to extend the deadline for JBM to file its response to Plaintiff's Complaint to **July 10, 2026**.

4.    This is the second stipulation to extend the time for JBM to respond to Plaintiff's Complaint.    The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

5.    This Stipulation is made in good faith and not for the purpose of delay.

6.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 24th day of June, 2026.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle J. Barraza*<br>Jason R. Maier, Esq.<br>Nevada Bar No. 8557<br>Danielle J. Barraza, Esq.<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 | */s/ Deverie J. Christensen*<br>Deverie Christensen, #6596<br>Tenesa Powell, #12488<br>300 S. Fourth St., Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorney for Defendants JBM Construction, Inc. dba JBM Underground, Martin-Harris Construction, Inc. and Martin-Harris Construction, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: ____June 25, 2026_____