**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JESSICA L. BEELER
Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for JBM Construction, Inc. d/b/a JBM Underground*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO RUBIO ROJAS, individually<br><br>Plaintiff,<br><br>vs.<br><br>JBM CONSTRUCTION, INC., D/B/A JBM UNDERGROUND, a domestic corporation; MARTIN-HARRIS CONSTRUCTION, INC., a domestic corporation; MARTIN-HARRIS CONSTRUCTION, LLC, a domestic limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01134-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR JBM CONSTRUCTION, INC., D/B/A JBM UNDERGROUND TO FILE RESPONSE TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED by and between Mauricio Rubio Rojas ("Plaintiff"), by and through his counsel, Maier Gutierrez & Associates and JBM Construction, Inc. dba JBM Underground ("JBM"), by and through its counsel, the law firm of Lewis Brisbois Bisgaard & Smith LLP, that JBM shall have up to and including **July 17, 2026**, in which to file its response to Plaintiff's Complaint (ECF No. 1). This stipulation is submitted and based upon the following:

1.      Plaintiff filed his Complaint on April 10, 2026. ECF No. 1. JBM was served with the Summons and Complaint on or about May 21, 2026. The Court entered an Order [Doc. 13] on June 24, 2026, extending JBM's deadline to respond to the Complaint to July 10, 2026.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

179597799.1                                                          Case No. 2:26-cv-01134-APG-EJY

2.     JBM has obtained new counsel who filed their substitution on June 26, 2026 [Doc 17].

3.     The Parties have agreed to extend the deadline for JBM to file its response to Plaintiff's Complaint from July 10, 2026 to **July 17, 2026**.

4.     This is the third stipulation to extend the time for JBM to respond to Plaintiff's Complaint. The Parties believe the circumstances, including present counsel's recent retention and substitution, constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

5.     This Stipulation is made in good faith and not for the purpose of delay.

6.     Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 10th day of July, 2026

MAIER GUTIERREZ & ASSOCIATES

/s/ *Danielle J. Barraza*
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Counsel for Plaintiff Mauricio Rubio Rojas*

Dated this 10th day of July, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Jessica L. Beeler*
JESSICA L. BEELER
Nevada Bar No. 15387
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendant JBM Construction, Inc. d/b/a JBM Underground*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: July 13, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW