DEVERIE CHRISTENSEN, ESQ.
Nevada Bar No. 6596
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2466
Email: deverie.christensen@jacksonlewis.com
Email: tenesa.powell@jacksonlewis.com

*Attorneys for Defendants JBM Construction, Inc. dba JBM Underground, Martin-Harris Construction, Inc. and Martin-Harris Construction, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MAURICIO RUBIO ROJAS, individually,

Plaintiff,

vs.

JBM CONSTRUCTION, INC., D/B/A JBM UNDERGROUND, a domestic corporation, MARTIN-HARRIS CONSTRUCTION, INC., a domestic corporation, MARTIN-HARRIS CONSTRUCTION, LLC, a domestic limited liability company, DOES I through X, and ROE CORPORATIONS I through X, inclusive.

Defendants.

Case No.: 2:26-cv-01134-APG-BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT MARTIN-HARRIS CONSTRUCTION, INC. AND MARTIN-HARRIS CONSTRUCTION, LLC TO FILE A REPLY IN SUPPORT TO STAY DISCOVERY PENDING DECISION ON MOTION TO DISMISS**

**(SECOND REQUEST)**

IT IS HEREBY STIPULATED by and between Mauricio Rubio Rojas ("Plaintiff"), by and through his counsel, Maier Gutierrez & Associates and Martin-Harris Construction, Inc and Martin-Harris Construction, LLC's ("Defendants"), by and through its counsel, the law firm of Jackson Lewis P.C., that Defendants shall have up to and including **September 9, 2026**, in which to file its Reply In Support to Stay Discovery Pending Decision on Motion to Dismiss (ECF No. 28). This stipulation is submitted and based upon the following:

1. Defendants filed their Motion to Stay Discovery Pending Decision on Motion to Dismiss on July 22, 2026. ECF No. 28.

2. Plaintiff filed his Opposition to Defendants Motion to Stay Discovery Pending

Decision on Motion to Dismiss on August 5, 2026.

3. The Parties stipulated to extend the deadline for Defendants to file their Reply in Support to the Motion to Stay to August 26, 2026, which the Court granted. ECF No. 35.

4. The Parties stipulate to extend the deadline for Defendants to file their Reply in Support to the Motion to Stay to **September 9, 2026.**

5. The Parties are currently engaged in discussions that may resolve this matter. The requested extension will allow the Parties additional time to pursue resolution efforts and may eliminate the need for further litigation and associated expenditures of time and resources.

6. This is the second stipulation to extend the time for Defendants to file their Reply in Support to the Motion to Stay. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

7. This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 26th day of August, 2026.

MAIER GUTIERREZ & ASSOCIATES

*/s/Danielle J. Barraza*
Jason R. Maier, Esq.
Nevada Bar No. 8557
Danielle J. Barraza, Esq.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorney for Plaintiff*

JACKSON LEWIS P.C.

*/s/Tenesa S. Powell*
Deverie Christensen, Esq.
Nevada Bar No. 6596
Tenesa S. Powell, Esq.
Nevada Bar No.12488
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED.

______________________________
UNITED STATES MAGISTRATE JUDGE

Dated: August 27, 2026



JACKSON LEWIS P.C.
LAS VEGAS