**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MAURICIO RUBIO ROJAS,

Plaintiff,

v.

JBM CONSTRUCTION INC., et al.,

Defendants.

Case No. 2:26-cv-01134-APG-BNW

**Order**

In light of the notice of settlement, Docket No. 40, the Court **VACATES** the early neutral evaluation. The Court **INSTRUCTS** the Clerks Office to remove the ENE flag from the docket and to remove the undersigned as the settlement judge from this case.

IT IS SO ORDERED.

Dated: September 3, 2026

Nancy J. Koppe
United States Magistrate Judge