**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAURICIO RUBIO ROJAS,<br>Plaintiff<br>v.<br>JFB CONSTRUCTION INC., et al.,<br>Defendant | Case No.: 2:26 -cv-01134-APG-BNW<br>**Order Denying Motion to Dismiss as Moot**<br>[ECF No. 14] |

In light of the parties' notice of settlement (ECF No. 40),

I ORDER that the motion to dismiss (ECF No. 14) is DENIED as moot, without prejudice to refiling it if the settlement does not finalize.

DATED this 4th day of September, 2026.



ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE