**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JESSICA L. BEELER
Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for JBM Construction, Inc. d/b/a JBM Underground*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO RUBIO ROJAS, individually<br><br>Plaintiff,<br><br>vs.<br><br>JBM CONSTRUCTION, INC., D/B/A JBM UNDERGROUND, a domestic corporation; MARTIN-HARRIS CONSTRUCTION, INC., a domestic corporation; MARTIN-HARRIS CONSTRUCTION, LLC, a domestic limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01134-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Mauricio Rubio Rojas ("Plaintiff"), by and through his counsel, Maier Gutierrez & Associates, Defendant JBM Construction, Inc. dba JBM Underground ("JBM"), by and through its counsel, the law firm of Lewis Brisbois Bisgaard & Smith LLP, and Defendants Martin-Harris Construction, Inc. and Martin-Harris Construction LLC, by and through their counsel, the law firm of Jackson Lewis P.C., hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

/ / /

/ / /

/ / /

to the dismissal of this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

Dated this 7th day of October, 2026

MAIER GUTIERREZ & ASSOCIATES

/s/ *Danielle J. Barraza*
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Counsel for Plaintiff Mauricio Rubio Rojas*

Dated this this 7th day of October, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Jessica L. Beeler*
JESSICA L. BEELER
Nevada Bar No. 15387
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendant JBM Construction, Inc. d/b/a JBM Underground*

Dated this 7th day of October, 2026

JACKSON LEWIS P.C.

/s/ *Tenesa S. Powell*
DEVERIE CHRISTENSEN, ESQ.
Nevada Bar No. 6596
TENESA POWELL, ESQ.
Nevada Bar No. 12488
300 S. Fourth St., Ste. 900
Las Vegas, Nevada 89101
*Counsel for Defendants Martin-Harris Construction, Inc. and Martin-Harris Construction LLC*

IT IS SO ORDERED:

Dated: October 8, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW